UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-670-MOC-DCK

| | |
|---|---|
| DONTRELL TOWNSEND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| WALMART STORES, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is on periodic review by the Court. The Court previously granted Plaintiff's motion to proceed in forma pauperis, but the Court has not directed service of summons by the U.S. Marshal.

The Clerk is directed to mail a summons form to Plaintiff for Plaintiff to fill out and identify the named Defendant in the summons for service of process, and then return the summons to the Court. Plaintiff is required to provide the necessary information for the U.S. Marshal to effectuate service. Once the Court receives the summons from Plaintiff, the Clerk shall then direct the U.S. Marshal to effectuate service upon the named Defendant.

Signed: March 19, 2021

Max O. Cogburn Jr.
United States District Judge