UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-670-MOC

| | |
|---|---|
| DONTRELL TOWNSEND, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| WALMART STORES, INC. | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court following pro se Plaintiff's letter in response to this Court's Order instructing Plaintiff to inform the Court whether he intends to continue prosecuting this matter. (Doc. No. 11).

Plaintiff responds that he does intend to continue prosecuting this matter. It appears, however, that Plaintiff has not properly served Defendant Walmart Stores, Inc., as it appears that an incorrect address was provided on the summons form. It is Plaintiff's responsibility to properly serve summons on a defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.

The Clerk is instructed to mail Plaintiff another summons form. Plaintiff shall fill out the summons form with the correct address for Defendant and return it to the Court. The U.S. Marshal shall then reattempt to serve Defendant with summons.

**IT IS SO ORDERED.**

Signed: October 6, 2021

Max O. Cogburn Jr.
United States District Judge